AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT

for the

Northern District of Florida

United States of America
v.

YASHDEEP SINGH

*Defendant*

Case No. 1:26mj62 ML

FILED
JUL 23 2026
CLERK'S OFFICE
DETROIT

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay *(name of person to be arrested)* YASHDEEP SINGH ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☑ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

Conspiracy to Commit Wire Fraud; Wire Fraud

Date: 07/16/2026

s/Midori Lowry
*Issuing officer's signature*

City and state: Gainesville, Florida

Midori Lowry, United States Magistrate Judge
*Printed name and title*

**Return**

This warrant was received on *(date)* 07/16/2026 , and the person was arrested on *(date)* 07/22/2026
at *(city and state)* BATTLE CREEK, MI.

Date: 22 July 2026

[signature]
*Arresting officer's signature*

ERIC WILLIAMS
*Printed name and title*

REC'D USMS-GNV, FL
JUL 16 '26 PM 1:44